UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

2013 SEP 20  PM 3: 21

| | | |
|---|---|---|
| DAVID DEBOARD, JR., individually And on behalf of all others similarly situated, | ) ) ) ) ) ) ) ) ) ) | Case No. 1:13-cv-508-RLY-MJD Judge Richard L. Young Magistrate Judge Mark J. Dinsmore |
| Plaintiff, | | |
| v. | | |
| COMFORT INN, | | |
| Defendant. | | |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to S. D. Ind. Local Rule 83-6(a), the undersigned counsel respectfully requests entry of an Order granting leave to appear *pro hac vice* for the purpose of appearing as co-counsel on behalf of Defendant ColFin JIH AHI Opco, LLC in the above-styled cause only. In support of this motion, the undersigned states:

1.  I am admitted to practice and in good standing (*i.e.,* currently authorized to practice as an attorney) in the following United States court(s) and/or state's highest court(s):

    U.S. District Court for the Eastern District of Kentucky – 2003
    U.S. District Court for the Northern District of Ohio – 2003
    U.S. District Court for the Eastern District of Michigan – 2006
    Ohio - 2002
    Kentucky - 2003
    Michigan - 2006

2.  I have never been disbarred or suspended from practice before any court, department, bureau or commission of any state or the United States. I have never received a reprimand or been subject to other disciplinary action from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

3. I certify that I have reviewed the *Seventh Circuit Standards of Professional Conduct* and the Local Rules of the court, including the Rules of Disciplinary Enforcement, and that I will abide by these rules and standards.

4. A check in the amount of Thirty Dollars ($30.00) in payment of the administrative fees required to process this motion for admission *pro hac vice* has been submitted to the Clerk of this Court.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting leave to appear *pro hac vice* for purposes of this cause only.

Dated: September 18, 2013           Respectfully submitted,

/s/ Paul A. Wilhelm
Paul A. Wilhelm (pwilhelm@dykema.com)
Amy R. Jonker (ajonker@dykema.com)
Dykema Gossett PLLC
Attorneys for ColFin JIH AHI Opco, LLC
400 Renaissance Center
Detroit, MI 48243
Telephone: (313) 568-6966

## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2013, a copy of the foregoing Motion to Appear *Pro Hac* Vice was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following attorneys of record:

Ryan R. Frasher
450 Barrister Building
155 East Market Street
Indianapolis, IN 46204

Eric G. Calhoun
Travis & Calhoun, P.C.
Texas Bar No. 03638800
1000 Providence Towers East
5001 Spring Valley Road
Dallas, TX 75244

/s/ P. Wilhelm

Paul A. Wilhelm (pwilhelm@dykema.com)
Dykema Gossett PLLC
Attorney for ColFin JIH AHI Opco, LLC
400 Renaissance Center
Detroit, MI 48243
Telephone: (313) 568-6966