IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DAVID DEBOARD, JR., *individually and on behalf of all others similarly situated*, § § § § § § § § § § § § | |
| Plaintiff, | Civil Action No.: 1:13-cv-508-RLY-MJD |
| v. | |
| COMFORT INN, | |
| Defendant. | |

## ORDER OF DISMISSAL WITH PREJUDICE

This cause came before the court upon the parties' Stipulation of Dismissal and the court having considered said stipulation and being duly advised in the premises, same is now GRANTED.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED, that this lawsuit be dismissed with prejudice, with each party to bear his or its own costs and attorneys' fees.

SO ORDERED this 19th day of February 2014.

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel Of Record